IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 SEP -9  AM 11: 08
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| BANDSPEED, INC., § | |
|     PLAINTIFF, § | |
| § | |
| V. § | |
| § | |
| ACER, INC.; ACER AMERICA § | |
| CORPORATION; BELKIN § | |
| INTERNATIONAL, INC.; BELKIN, INC.; § | |
| DELL, INC.; GARMIN § | |
| INTERNATIONAL, INC.; GARMIN § | |
| USA, INC.; GN NETCOM A/S; GN U.S, § | |
| INC. A/K/A GN NETCOM, INC.; § | |
| HEWLETT-PACKARD COMPANY; § | |
| HEWLETT-PACKARD DEVELOPMENT § | |
| COMPANY, L.P.; HTC CORPORATION; § | |
| HTC AMERICA, INC.; HUAWEI § | |
| TECHNOLOGIES CO., LTD.; KYOCERA § | |
| INTERNATIONAL, INC.; KYOCERA § | |
| COMMUNICATIONS, INC.; LENOVO § | CAUSE NO. A-11-CA-771-LY |
| (UNITED STATES), INC.; LG § | |
| ELECTRONICS, INC.; LG § | |
| ELECTRONICS, INC.; LG § | |
| ELECTRONICS U.S.A., INC.; LG § | |
| ELECTRONICS MOBILECOMM U.S.A., § | |
| INC.; MOTOROLA SOLUTIONS INC. § | |
| FNA MOTOROLA, INC.; MOTOROLA § | |
| MOBILITY INC.; PLANTRONICS, INC.; § | |
| RESEARCH IN MOTION LIMITED; § | |
| RESEARCH IN MOTION § | |
| CORPORATION; TOM TOM § | |
| INTERNATIONAL B.V.; TOMTOM, § | |
| INC.; TOSHIBA CORPORATION; § | |
| TOSHIBA AMERICA INFORMATION § | |
| SYSTEMS, INC.; TOSHIBA AMERICA, § | |
| INC.; AND BLUETOOTH SIG, INC., § | |
|     DEFENDANTS. § | |

**ORDER SETTING SCHEDULING CONFERENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered cause is this case is set for a **Scheduling Conference** on **September 30, 2011, at 9:00 a.m.**, in Courtroom 1, Second Floor, United States Courthouse, 200 W. 8th Street, Austin, Texas 78701.

SIGNED this 9th day of September, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE