RECEIVED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| **BANDSPEED, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CASE NO. 1:11-cv-00771-LY |
| **ACER, INC.,** *et al.* § | |
| § | |
| Defendants. § | |
| § | |
| § | |
| § | |
| § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Garland T. Stephens, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Fish & Richardson P.C.,

   with offices at:

   1221 McKinney Street, Suite 2800
   Houston, Texas 77010
   Telephone: 713-654-5300
   Facsimile: 713-652-0109

2. Since June 6, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas.

        Applicant's bar license number is 24053910.

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Missouri Bar | 9/21/1990 |
| New York State Bar | 8/16/1993 |
| New York Eastern District | 8/8/1995 |
| New York Southern District | 8/8/1995 |
| Northern District of California | 9/12/1995 |
| Federal Circuit | 5/29/1995 |
| Eastern District of Texas | 7/3/2006 |
| Northern District of Mississippi | 12/11/2007 |
| Circuit Ct of Desoto County MS | 12/21/2007 |
| District of Arizona | 2/2/2009 |

4.   Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

    N/A

6.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

7.   Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.   Select one:

    ☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☒   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel:     David J. Healey, Fish & Richardson P.C.
    Mailing address:     1221 McKinney Street, Suite 2800

   City, State, Zip Code:  Houston, Texas 77010
   Telephone:     713-654-5300

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

 Wherefore, Applicant prays that this Court enter an order permitting the admission of Garland T. Stephens to the Western District of Texas *pro hac vice* for this case only.

Dated: September 13, 2011        Respectfully submitted,

              By: _____
                Garland T. Stephens (24053910)
                FISH & RICHARDSON PC
                1221 McKinney Street, Ste. 2800
                Houston, TX 77010
                (713) 654-5300
                Fax: (713) 652-0109
                stephens@fr.com

## CERTIFICATE OF SERVICE

 I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 13th day of September 2011.

_____
Garland T. Stephens

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100011392
Cashier ID: tkatzen
Transaction Date: 09/15/2011
Payer Name: FISH AND RICHARDSON PC
--------------------------------
PRO HAC VICE
 For: GARLAND T. STEPHENS
 Case/Party: D-TXW-5-08-LB-000000-001
 Amount:         $25.00
--------------------------------
CHECK
 Check/Money Order Num: 3038
 Amt Tendered:  $25.00
--------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

1:11-CV-771 LY; BANDSPEED V. ACER
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BANDSPEED, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:11-cv-00771-LY |
| **ACER, INC.,** *et al.* | § § | |
| Defendants. | § § § § § § § | |

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20___, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Garland T. Stephens ("Applicant"), counsel for LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., Inc. in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE