IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00771-LY |
| v. | § § | JURY TRIAL DEMANDED |
| ACER, INC., *et al.,* | § § § | |
| Defendants. | § | |

## NOTICE OF COMPLIANCE

On October 1, 2011, former Magistrate Judge Charles Everingham IV of the Eastern District of Texas joined Akin Gump Strauss Hauer & Feld LLP as a partner in our Longview and Dallas offices. In compliance with Texas Disciplinary Rule of Professional Conduct 1.11 and ABA Model Rule of Professional Conduct 1.12, Mr. Everingham has been screened from this matter and is apportioned no part of the fee therefrom. The undersigned counsel will be pleased to provide any additional information required by the Court to ascertain compliance with the provisions of the aforementioned rules.

Dated: October 12, 2011						Respectfully submitted,


						By: */s/ Fred I. Williams*
							Fred I. Williams
							State Bar No. 00794855
							fwilliams@akingump.com
							Marwan Elrakabawy
							State Bar No. 24055447
							melrakabawy@akingump.com
							Akin Gump Strauss Hauer & Feld LLP
							300 West 6th Street, Suite 1900
							Austin, Texas  78701
							Telephone: 512.499.6200
							Facsimile:  512.499.6290

						**Attorneys for Defendant/Counterclaimant
						LENOVO (UNITED STATES) INC.**



### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of October, 2011, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).


						*/s/ Fred I. Williams*
						Fred I. Williams