IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| ACER, INC.; ACER AMERICA CORPORATION; BELKIN INTERNATIONAL, INC.; BELKIN, INC.; DELL, INC.; GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; GN NETCOM A/S; GN U.S, INC. A/K/A GN NETCOM, INC.; HEWLETT-PACKARD COMPANY; HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.; HTC CORPORATION; HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD.; KYOCERA INTERNATIONAL, INC.; KYOCERA COMMUNICATIONS, INC.; LENOVO (UNITED STATES), INC.; LG ELECTRONICS, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY INC.; PLANTRONICS, INC.; RESEARCH IN MOTION LIMITED; RESEARCH IN MOTION CORPORATION; TOM TOM INTERNATIONAL B.V.; TOMTOM, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA, INC.; AND BLUETOOTH SIG, INC., | § | CAUSE NO. A-11-CA-771-LY |
|     DEFENDANTS. | § | |

**<u>ORDER SETTING CONFERENCE</u>**

**IT IS HEREBY ORDERED** that the Court will conduct a Conference on **December 12, 2011, at 10:00 a.m.**, in Courtroom 1, Second Floor, United States Courthouse, 200 W. 8th Street, Austin, Texas 78701, to discuss the joint status report filed by the parties. The parties should be prepared to discuss the possibility of proceeding to trial on the issues between the Plaintiff and the chip suppliers, as well as a schedule for proceeding in this case.

SIGNED this ___1st___ day of December, 2011.

```
                              _____
                              LEE YEAKEL
                              UNITED STATES DISTRICT JUDGE
```