IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CAUSE NO. A-11-CV-771-LY |
| SONY ELECTRONICS, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants, | § § § § | |

**JOINT MOTION SEEKING ENTRY OF A PROTECTIVE ORDER,
ORDER REGARDING PRODUCTION OF DOCUMENTS
AND ELECTRONICALLY STORED INFORMATION,
<u>AND DISCOVERY ORDER</u>**

Come now, Plaintiff Bandspeed, Inc. ("Bandspeed") on the one side, and Defendant Cambridge Silicon Radio Limited ("CSR") on the other side, and file this Joint Motion Seeking Entry of a Protective Order, Order Regarding Production of Documents and Electronically Stored Information ("ESI Order"), and Discovery Order.

Bandspeed and CSR first submitted competing proposed Protective Orders, ESI Orders, and Discovery Orders to the Court on January 6, 2012. [Docs. 735-737 (Bandspeed), Doc. 734 (CSR)] The Court did not rule on the parties' competing proposals. At a status conference on April 12, 2012, Bandspeed and CSR informed the Court that the parties would submit a joint motion seeking entry of a Protective Order, ESI Order, and Discovery Order reflecting the parties' recent negotiations.

The parties have conferred and exchanged proposed Protective Orders, ESI Orders, and Discovery Orders, but have been unable to resolve all of their disagreements. Accordingly, the parties hereby submit competing proposed

1

Protective Orders, ESI Orders, and Discovery Orders for consideration by the Court.  Documents comparing the parties' proposed orders are attached hereto as Exhibits A (Protective), B (ESI), and C (Discovery).  Bandspeed and CSR will also file separate, simultaneous Memoranda in support of their positions on this motion.

Dated: April 17, 2012

                              Respectfully submitted,

                              By: _/s/ Mikal C. Watts_____
                              Mikal C. Watts
                              State Bar. No. 20981820
                              Christopher V. Goodpastor
                              State Bar No. 00791991
                              WATTS GUERRA CRAFT LLP
                              811 Barton Springs Road
                              Suite 725
                              Austin, Texas 78704
                              Telephone: (512) 479-0500
                              Facsimile: (512) 479-0502
                              Email: mcwatts@wgclawfirm.com
                                        cgoodpastor@wgclawfirm.com

                              Edward W. Allred
                              State Bar No. 50511764
                              Francisco Guerra, IV
                              State Bar No. 00797784
                              Mark Fassold
                              State Bar No. 24012609
                              Shalimar S. Wallis
                              State Bar No. 24033191
                              WATTS GUERRA CRAFT LLP
                              300 Convent Street, Suite 100
                              San Antonio, Texas 78205
                              Telephone: (210) 527-0500
                              Facsimile: (210) 527-0501
                              Email: eallred@wgclawfirm.com
                                        fguerra@wgclawfirm.com
                                        mfassold@wgclawfirm.com
                                        swallis@wgclawfirm.com

Kurt M. Sauer
State Bar No. 17673700
Kevin L. Daffer
State Bar No. 05307300
DAFFER MCDANIEL, L.L.P.
700 Lavaca, Suite 720
Austin, Texas  78701
Telephone: (512) 476-1400
Facsimile: (512) 703-1250
Email: ksauer@dmtechlaw.com
    kdaffer@dmtechlaw.com

**ATTORNEYS FOR PLAINTIFF BANDSPEED, INC.**


By:  */s/Claudia Wilson Frost*
Claudia Wilson Frost
Christopher J. Richart
DLA PIPER LLP
1000 Louisiana, Suite 2800
Houston, TX 77002
Email: claudia.frost@dlapiper.com
    chris.richart@dlapiper.com

David A. Jakopin
Matthew W. Hindman
PILLSBURY WINTHROP SHAW PITTMAN
2475 Hanover Street
Palo Alto, CA 94304-1114
Email: david.jakopin@pillsburylaw.com
    matthew.hindman@pillsburylaw.com

Kerry L. Konrad
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Email: kkonrad@stblaw.com

John D. Antoni
Antoni Albus, LLP
11836 West Pico Blvd.
Los Angeles, CA 90064
Email: antoni@aallp.com

**ATTORNEYS FOR INTERVENOR, CAMBRIDGE SILICON RADIO LIMITED**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 17, 2012 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below.

/s/ *Christopher V. Goodpastor*
Christopher V. Goodpastor

Claudia Wilson Frost
Christopher J. Richart
DLA PIPER LLP
1000 Louisiana, Suite 2800
Houston, TX 77002

David A. Jakopin
Matthew W. Hindman
PILLSBURY WINTHROP SHAW PITTMAN
2475 Hanover Street
Palo Alto, CA 94304-1114

Kerry L. Konrad
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

John D. Antoni
Antoni Albus, LLP
11836 West Pico Blvd.
Los Angeles, CA 90064

**ATTORNEYS FOR INTERVENOR,
CAMBRIDGE SILICON RADIO LIMITED**

Megan M. Honey
Stacy Allen
JACKSON WALKER L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX 78701

Elizabeth Alquist
Nicholas Pisarsky
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103

Cecilia Zhang Stiber
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901

**ATTORNEYS FOR DEFENDANT LEGO SYSTEMS, INC.**

William B. Nash
Brenna G. Nava
HAYNES BOONE
112 E. Pecan, Ste. 1200
San Antonio, TX 78205

**ATTORNEYS FOR DEFENDANT PARROT, INC.**

James H. Lin
Michael Ting
FREITAS, TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065

Roger Brian Craft
FINDLAY CRAFT LLP
6760 Old Jacksonville Hwy., Suite 101
Tyler, TX 75703

Eric Hugh Findlay
FINDLAY CRAFT LLP
6760 Old Jacksonville Hwy., Suite 101
Tyler, TX 75703

**ATTORNEYS FOR DEFENDANTS ACER, INC. AND ACER AMERICA CORPORATION**

Christopher R. Johnson
Kevin J. Terrazas
YETTER COLEMAN LLP
221 Sixth Street
Suite 750
Austin, TX 78701

Lawrence G. Kurland
Joseph J. Richetti
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

**ATTORNEYS FOR DEFENDANTS BELKIN INTERNATIONAL, INC. AND BELKIN, INC.**


Charles I. Kelhoffer
John Shorb
KELHOFFER MANOLIO & FIRESTONE
9300 East Raintree Drive, Suite 120
Scottsdale, Arizona 85260

Clyde Moody Siebman
SIEBMAN REYNOLDS BURG & PHILLIPS LLP
300 N Travis St
Sherman, TX 75090-0070

Bryan H. Burg
Stephanie R. Barnes
SIEBMAN REYNOLDS BURG & PHILLIPS LLP
4949 Hedgecoxe Rd., Suite 230
Plano, TX 75024

**ATTORNEYS FOR DEFENDANT BLUETOOTH SIG, INC.**
Stephen E. McConnico
Steven J. Wingard
SCOTT, DOUGLAS & MCCONNICO
One American Center
600 Congress Avenue, 15th Floor
Austin, TX 78701

Eric A. Buresh
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613

Adam P. Seitz
Michelle L. Marriott
Erise IP, P.A.
5251 West 116th Place, Suite 200
Leawood, KS 66211

**ATTORNEYS FOR DEFENDANTS GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.**

William B. Nash
Brenna G. Nava
HAYNES AND BOONE
112 East Pecan Street, Suite 1200
San Antonio, TX 78205-1540

**ATTORNEYS FOR DEFENDANTS GN NETCOM
A/S AND GN U.S., INC.**


Brian P. Wikner
Jason C. Fan
Kyle D. Chen
Lori R. Mason
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Heidi Lyn Keefe
Mark R. Weinstein
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

Roger Brian Craft
FINDLAY CRAFT LLP
6760 Old Jacksonville Hwy., Suite 101
Tyler, TX 75703

Eric Hugh Findlay
FINDLAY CRAFT LLP
6760 Old Jacksonville Hwy., Suite 101
Tyler, TX 75703

Thomas J. Friel
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111

**ATTORNEYS FOR DEFENDANTS HTC CORPORATION
AND HTC AMERICA, INC.**

7

Daniel T. Conrad
Daniel Thomas O'Brien
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201-1515

**ATTORNEYS FOR DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD.**

Victor M. Felix
Anthony J. Dain
Noel Gillespie
Robin Phillips
PROCOPIO CORY HARGREAVES
& SAVITCH, LLP
525 B Street, Suite 2200
San Diego, CA 92101

William B. Nash
HAYNES AND BOONE
112 East Pecan Street, Suite 1200
San Antonio, TX 78205-1540

**ATTORNEYS FOR DEFENDANTS KYOCERA INTERNATIONAL, INC. AND KYOCERA COMMUNICATIONS, INC.**

David J. Healey
Michael J. McKeon
Garland T. Stephens
Wasif H. Qureshi
FISH & RICHARDSON PC
1221 McKinney Street, Ste 2800
Houston, TX 77010

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.**

William H. Boice
Michael J. Turton
Bonnie M. Grant
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Steven D. Moore
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Mark A. Mayfield
Mark T. Mitchell
GARDERE WYNNE SEWELL LLP
One America Center
600 Congress Avenue
Suite 3000
Austin, TX 78701

**ATTORNEYS FOR DEFENDANTS MOTOROLA MOBILITY INC. AND MOTOROLA SOLUTIONS, INC.**


Thomas E. Bejin
R. Terrance Rader
Stephen J. Kontos
RADER, FISHMAN & GRAUER, PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304

J. Pat Heptig
Heptig Law Group, Ltd.
1700 Pacific Ave., Suite 2650
Dallas, TX 75240

**ATTORNEYS FOR DEFENDANTS PLANTRONICS, INC.**


Teague I. Donahey
Aseem Saran Gupta
Philip W. Woo
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104

David T. Pritikin
SIDLEY AUSTIN LLP
Bank One Plaza
One South Dearborn
Chicago, IL 60603

Ajeet P. Pai
David B. Weaver
VINSON & ELKINS LLP
2801 Via Fortuna
Suite 100
Austin, TX 78746

Brian Ralph Nester
Kevin Christopher Wheeler
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005

Duy D. Nguyen
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, CA 94304

Li Chen
SIDLEY AUSTIN LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201

Steven R. Borgman
William L. LaFuze
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002

Kelly A. Krellner
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772-1200
Fax: (415) 772-7400

**ATTORNEYS FOR DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**

Larry F. York
MCGINNIS, LOCHRIDGE & KILGORE, LLP
600 Congress Avenue, Suite 2100
Austin, TX 78701

Brian H. Pandya
Joseph Shin
Kevin Paul Anderson
James H. Wallace, Jr.
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006

Colm MacKernan
ORIGIN LTD.
Twisden Works, Twisden Road
London, UK NW5 1DN
UK

Michael E. Jones
POTTER MINTON P.C.
P.O. Box 359
Tyler, TX 75710-0359

**ATTORNEYS FOR DEFENDANTS TOMTOM INTERNATIONAL B.V. AND TOMTOM, INC.**


Jeffrey K. Sherwood
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006-5403

David Philip Whittlesey
J. Rogers Williams, Jr.
ANDREWS KURTH LLP
111 Congress Avenue
Suite 1700
Austin, TX 78701

Lawrence Augustine Phillips
SIEBMAN BURG PHILLIPS & SMITH, LLP
300 N. Travis St.
Sherman, TX 75090-9969

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND TOSHIBA AMERICA, INC.**