FILED
2013 APR 29  PM 12:08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BANDSPEED, INC.,

    Plaintiff,

v.

PARROT, INC., ET AL.,

    Defendants.

Case No. A-11-CV-771-LY

**JURY TRIAL DEMANDED**

**ORDER ON TOM TOM INTERNATIONAL B.V. AND TOMTOM, INC.'S UNOPPOSED MOTION TO FILE CERTAIN EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT ON BANDSPEED'S ANTITRUST CLAIMS UNDER SEAL**

Pending before the Court is Defendants Tom Tom International B.V. and TomTom, Inc.'s Unopposed Motion for File Certain Exhibits to Its Motion for Summary Judgment on Bandspeed's Antitrust Claims Under Seal. The pending motion is GRANTED.

Exhibits 2 and 6 filed in support of Defendants Tom Tom International B.V. and TomTom, Inc.'s Motion for Summary Judgment on Bandspeed's Antitrust Claims shall be allowed to be filed under seal.

It is so ordered this ___ day of _____ 2013.

_____
Honorable Lee Yeakel
United States District Judge