IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 APR 29  PM 2:38

CLERK
WESTER[N]
BY____

| | |
|---|---|
| BANDSPEED, INC., § | |
| § | |
| Plaintiff, § | |
| v. § | CAUSE NO. A-11-CV-771-LY |
| § | |
| PARROT, INC., ACER, INC.; § | JURY TRIAL DEMANDED |
| ACER AMERICA CORPORATION; § | |
| GARMIN INTERNATIONAL, INC.; § | |
| GARMIN USA, INC.; GN NETCOM § | |
| A/S; GN U.S., INC. A/K/A GN § | |
| NETCOM, INC.; HTC CORPORATION; § | |
| HTC AMERICA, INC.; KYOCERA § | |
| INTERNATIONAL, INC.; KYOCERA § | |
| COMMUNICATIONS, INC.; LG § | |
| ELECTRONICS, INC.; LG § | |
| ELECTRONICS U.S.A., INC.; LG § | |
| ELECTRONICS MOBILECOMM U.S.A., § | |
| INC.; MOTOROLA SOLUTIONS, INC. § | |
| FNA MOTOROLA, INC.; MOTOROLA § | |
| MOBILITY, INC.; PLANTRONICS, INC.; § | |
| RESEARCH IN MOTION LIMITED; § | |
| RESEARCH IN MOTION § | |
| CORPORATION; TOMTOM § | |
| INTERNATIONAL B.V.; TOMTOM, § | |
| INC.; TOSHIBA CORPORATION; § | |
| TOSHIBA AMERICA INFORMATION § | |
| SYSTEMS, INC.; TOSHIBA AMERICA, § | |
| INC.; AND BLUETOOTH SIG, INC., § | |
| § | |
| Defendants. § | |

### ORDER GRANTING BANDSPEED, INC.'S
### MOTION TO FILE EXHIBIT UNDER SEAL

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Exhibit Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED; and Attachments A and B [Doc. Nos. 1197-1 and 1191-2] shall be filed under seal.

SIGNED this 29th day of April, 2013.

Lee Yeakel
United States District Judge