IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 MAY 17 PM 3: 17
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| BANDSPEED, INC., §<br>          PLAINTIFF, §<br>                             §<br>V.                             §<br>                             §<br>PARROT, INC., ACER, INC.; §<br>ACER AMERICA CORPORATION; §<br>GARMIN INTERNATIONAL, INC.; §<br>GARMIN USA, INC.; GN NETCOM A/S; §<br>GN U.S., INC. A/K/A GN NETCOM, §<br>INC.; HTC CORPORATION; §<br>HTC AMERICA, INC.; KYOCERA §<br>INTERNATIONAL, INC.; KYOCERA §<br>COMMUNICATIONS, INC.; LG §<br>ELECTRONICS, INC.; LG §<br>ELECTRONICS, INC.; LG §<br>ELECTRONICS U.S.A., INC.; LG §<br>ELECTRONICS MOBILECOMM U.S.A., §<br>INC.; MOTOROLA SOLUTIONS INC. §<br>FNA MOTOROLA, INC.; MOTOROLA §<br>MOBILITY INC.; PLANTRONICS, INC.; §<br>RESEARCH IN MOTION LIMITED; §<br>RESEARCH IN MOTION §<br>CORPORATION; TOMTOM §<br>INTERNATIONAL B.V.; TOMTOM, §<br>INC.; TOSHIBA CORPORATION; §<br>TOSHIBA AMERICA INFORMATION §<br>SYSTEMS, INC.; TOSHIBA AMERICA, §<br>INC.; AND BLUETOOTH SIG, INC., §<br>          DEFENDANTS. § | CAUSE NO. A-11-CV-771-LY |

## ORDER

**IT IS HEREBY ORDERED** that this cause is **SET** for a Conference with attorneys on all current discovery disputes and the motions between Plaintiff Bandspeed, Inc. and Defendant TomTom, Inc. in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Thursday, May 30, 2013, at 10:00 a.m.**

Any party that desires to be heard in any of these matters shall personally appear in court at the May 30, 2013 conference.

SIGNED this __17th__ day of May, 2013.

                                                       LEE YEAKEL
                                                     UNITED STATES DISTRICT JUDGE