IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 MAY 31  AM 11: 27
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| BANDSPEED, INC., § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | |
| GARMIN INTERNATIONAL, INC.; § | CAUSE NO. A-11-CV-771-LY |
| GARMIN USA, INC.; HTC § | |
| CORPORATION; HTC AMERICA, INC.; § | |
| KYOCERA INTERNATIONAL, INC; § | |
| KYOCERA COMMUNICATIONS, INC.; § | |
| LG ELECTRONICS, INC.; LG § | |
| ELECTRONICS, INC.; LG § | |
| ELECTRONICS U.S.A., INC.; LG § | |
| ELECTRONICS MOBILECOMM U.S.A., § | |
| INC.; MOTOROLA SOLUTIONS INC. § | |
| FNA MOTOROLA, INC.; MOTOROLA § | |
| MOBILITY INC.; RESEARCH IN § | |
| MOTION LIMITED; RESEARCH IN § | |
| MOTION CORPORATION; TOMTOM § | |
| INTERNATIONAL B.V.; TOMTOM, § | |
| INC.; TOSHIBA CORPORATION; § | |
| TOSHIBA AMERICA INFORMATION § | |
| SYSTEMS, INC.; TOSHIBA AMERICA, § | |
| INC.; AND BLUETOOTH SIG, INC., § | |
| DEFENDANTS. § | |

## ORDER

Before the court is the above-referenced cause. On February 22, 2013, the court granted the Rule 41 Joint Motion to Dismiss filed by Plaintiff Bandspeed, Inc. and Defendants GN Netcom A/S and GN Netcom, Inc., f/k/a GN U.S., Inc. (Doc. #1136). On April 3, 2013, the court granted the Rule 41 Joint Motion to Dismiss filed by Plaintiff Bandspeed, Inc. And Defendant Parrot, Inc. (Doc. #1158). On April 9, 2013, the court granted the Rule 41 Joint Motion to Dismiss filed by Plaintiff Bandspeed, Inc. And Defendant Plantronics, Inc. (Doc. #1162). On April 19, 2013, the

court granted the Rule 41 Joint Motion to Dismiss filed by Plaintiff Bandspeed, Inc. And Defendants Acer, Inc. And Acer America Corporation (Doc. #1172). Accordingly,

**IT IS ORDERED** that the style in the case remaining before this court be modified as noted in the style utilized in this order. The clerk and the parties in this case are **FURTHER ORDERED** use the above-referenced style for all future pleadings in this case.

SIGNED this **31st** day of May, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE