IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY INC.; BLACKBERRY LIMITED; BLACKBERRY CORPORATION; TOMTOM INTERNATIONAL B.V.; TOMTOM, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA, INC., AND BLUETOOTH SIG., INC., <br><br> Defendants | CASE NO. 1:11-CV-00771 |

**PARTIES' JOINT STATUS REPORT**

Plaintiff Bandspeed, Inc. ("Bandspeed"), the End-Product Defendants ("EPD")[1], and the Bluetooth SIG, Inc. ("Bluetooth SIG") hereby submit the following joint status report pursuant to instruction from the Court during the conference held on August 23, 2013.

---

[1] "End-Product Defendants" means Garmin International, Inc.; Garmin USA, Inc.; LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Mobilecomm U.S.A., Inc.; Motorola Solutions, Inc.; Motorola Mobility LLC f/k/a Motorola Mobility, Inc.; BlackBerry Limited; BlackBerry Corporation; Toshiba Corporation; Toshiba America Information Systems, Inc.; and Toshiba America, Inc.

1

I.  **Proposed Schedule**[2]

   A.  **Bandspeed's Proposed Schedule**

Bandspeed respectfully submits the following proposed schedule based on ECF No. 1356, adjusting it as needed and including dates regarding claim and prior art limitations.

| Date | Event |
| --- | --- |
| Sept. 13, 2013 | EPDs shall file and serve an identification of no more than 3 references or combinations of references per patent claim asserted on behalf of all EPDs.<br>EPDs shall serve amended invalidity contentions on Bandspeed reflecting updated asserted claims and Accused Products.  [**DISAGREED**] |
| Nov. 1, 2013 | Deadline for designation of experts and serving expert reports on matters on which a party has the burden of proof. [*AGREED*]<br>All previous expert disclosures and reports served by the parties shall be designated as draft disclosures and reports under  Fed. R. Civ. P. 26(b)(4)(A) and shall not be used for any purpose in this litigation or otherwise. [**DISAGREED**] |
| Dec. 4, 2013 | Deadline for designation of rebuttal experts and for serving rebuttal expert reports [*AGREED*] |
| Dec. 20, 2013 | Deadline for completing [**Defendants: expert; BSPD: all**] discovery |
| Jan. 10, 2014 | Deadline to file dispositive motions. Bandspeed and EPDs may file brief(s) in support of dispositive motions totaling no more than 60 pages in length. Bandspeed and the Bluetooth SIG may file brief(s) in support of dispositive motions of no more than 35 pages in length. [*AGREED*]<br>Deadline to file any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702, by motion, specifically stating the basis for the objection and identifying objectionable testimony. [*AGREED*] |
| Jan. 17, 2014 | Bandspeed shall file and serve a list of no more than 10 patents-in-suit claims against each EPD. [**DISAGREED**] |
| Jan. 24, 2014 | Deadline to file responses to motions filed on January 10, 2013<br>Deadline to file motions *in limine*  (if any) [*AGREED*] |
| Jan. 31, 2014 | Deadline to file replies to responses filed on January 24, 2013<br>Deadline to respond to motions *in limine*  (if any)<br>Parties shall file and serve all other information and materials required by Local Rule CV-16(e)  [*AGREED*] |
| Feb. 13, 2014 | Final Pretrial Conference [*AGREED*] |
| Feb. 13-14, 2014 | Voir dire [*AGREED*] |
| Feb. 17, 2014 | Trial begins [*AGREED*] |

---

[2] The parties understand that the following schedule moots the pending motions regarding due dates for service of expert reports.  (Dkts. 1354, 1356, 1358.)

B.     **Defendants' Proposed Schedule**

Defendants submit the following proposed schedule based on ECF No. 1356.  The EPDs' proposal regarding limiting claims and prior art references are in Section II.

| Defendants' Proposal | Event |
|---|---|
| October 25, 2013 | Deadline for completing fact discovery [**DISAGREED**] |
| November 1, 2013 | Deadline for designation of experts and serving expert reports on matters on which a party has the burden of proof [*AGREED*] |
| December 4, 2013 | Deadline for designation of rebuttal experts and for serving rebuttal expert reports [*AGREED*] |
| December 20, 2013 | Deadline for completing [**Defendants: expert; BSPD: all**] discovery |
| January 10, 2014 | Deadline to file dispositive motions. Bandspeed and EPDs may file brief(s) in support of dispositive motions totaling no more than 60 pages in length. Bandspeed and the Bluetooth SIG may file brief(s) in support of dispositive motions of no more than 35 pages in length.  [*AGREED*] |
| January 24, 2014 | Deadline to file responses to motions filed on January 10, 2013<br><br>Deadline to file motions *in limine*  (if any)<br><br>[*AGREED*] |
| January 31, 2014 | Deadline to file replies to responses filed on January 24, 2013<br><br>Deadline to respond to motions *in limine*  (if any)<br><br>Parties shall file and serve all other information and materials required by Local Rule CV-16(e)<br><br> [*AGREED*] |
| February 13, 2014 | Final Pretrial Conference [*AGREED*] |
| February 13-14, 2014 | Voir dire [*AGREED*] |
| February 17, 2014 | Trial begins [*AGREED*] |

**II.     Limiting Asserted Claims and Prior Art References**

The parties' positions with respect to further limiting Asserted Claims and to limiting the number of prior art references are below:

| Event | Bandspeed's Proposal | EPDs' Proposal |
|---|---|---|
| Bandspeed further limits its Asserted Claims to 10 total claims among both patents in suit | January 17, 2014 | Same day as EPD's proposed date for close of fact discovery (i.e., October 25, 2013) |
| EPD serve identification of limited prior art references | Identification of no more than 3 references or combinations of references for each asserted claim.<br><br>EPDs shall serve amended invalidity contentions on Bandspeed reflecting updated asserted claims and Accused Products<br><br>Date: September 13, 2013. | Identification of a total of 25 prior art references or combinations of references, and not more than 5 references or combinations of references for each asserted claim.<br><br>Date: Same day as EPDs serve expert report on invalidity (i.e., November 1, 2013). |

**III.     Bandspeed's Motion to Compel Documents (Dkt. 1270)**

1.      <u>Joint Defense Communications & Agreements</u>:  Bandspeed seeks production of communications regarding interpretation of the Bluetooth Patent/Copyright License Agreement.[3] Defendants contend the joint defense agreement and any such communications are privileged and work product.[4]  The parties cannot reach agreement and therefore require the Court's assistance.

2.      <u>Indemnification</u>: Bandspeed seeks production of EPDs' communications with chip manufacturers regarding indemnification in this action.[5]  As an offer of compromise, Motorola Mobility LLC and Motorola Solutions, Inc. agree to produce requests for indemnification and any responses thereto if Bandspeed withdraws any deposition topics

---

[3] Dkt. 1270 at 3-6; Dkt. 1310 at 2-5; Dkt. 1311 at 2-6.

[4] Dkt. 1281 (all); Dkt. 1287 at 1-4.

[5] Dkt. 1270 at 7-8; Dkt. 1310 at 5.  Garmin produced its communications relating to indemnification, and thus, this issue is moot for Garmin. (Dkt. 1283.)

concerning the same (i.e., Licensing Topic No. 2).  Other EPDs do not extend the same offer.  The parties cannot reach agreement and therefore require the Court's assistance.

       3.     <u>Licenses</u>:  Bandspeed seeks production of all patent and technology licenses relating to "wireless communication functionality" in the Accused Products.[6]  EPDs have already produced licenses relating to Bluetooth and adaptive frequency hopping in the Accused Products but do not agree to produce licenses related to other "wireless communication functionality."[7]  The parties cannot reach agreement and therefore require the Court's assistance.

## IV. Bandspeed's Motion to Compel Depositions at a Single Location and at a Single Time (Dkt. 1274)

Garmin has not identified a 30(b)(6) representative for the following topics: Damages Nos. 1(b), 6, and Licensing Nos. 1, 2(a), 9, 18, 19.  On August 29, 2013, Garmin agreed to identify a witness and available dates on these topics by September 6.  Bandspeed agrees to withdraw this issue upon receipt of the requested information from Garmin.

## V. EPDs' Motions for Protective Orders Regarding Depositions

The remaining disputed topics that require the Court's assistance are listed below per motion.[8]  Several of the disputed topics correspond to issues addressed in Bandspeed's motion to compel documents.  (Dkt. 1270.)

- <u>BlackBerry Motion for a Protective Order</u>.  (Dkt. 1317).  Licensing Nos.  2(b)-2(d), 8, 14, 20; Damages Nos. 3(b), (e)-(f), (h)-(m), (o); Infringement No. 2(p); Product Manufacturing Nos. 5(e), 5(f); Organizational Nos. 2(f), (h), (i).

---

[6] Dkt. 1270 at 10-11; Dkt. 1310 at 6.

[7] Dkt. 1287 at 7-9; Dkt. 1287-1 (Declaration of Raymond Warren).  Garmin produced its licenses related to "wireless communication functionality" and thus, this issue is moot for Garmin. (Dkt. 1283.)

[8] Regarding the depositions of Toshiba scheduled for October, Bandspeed and Toshiba are continuing to negotiate any remaining issues.

- Garmin Motion for a Protective Order. (Dkt. 1369). Licensing Nos. 2(b)-2(d), 5, 8, 10, 14, 16, 20; Damages Nos. 3(b), (e), (f), (h) through (m), and (o), 11, 12, 14, 23(a)-(e); Technical Nos. 2(p); Manufacturing Nos. 5(e) and (f); Organizational Nos. 2(e), (f), (h), (i).

- LG Motion for a Protective Order. (Dkt. 1344). Licensing Nos. 1c, 1d, 2a-d, 5, 8, 20; Damages Nos. 3(b), (e), (f), (h) through (m), and (o); Organizational Nos. 2f, 2h, 2i

- Motorola Motion for a Protective Order. (Dkt. 1313). Licensing Nos. 1(d), 2(a), 2(b), 2(d), 5, 8, 10, 20; Damages Nos. 3(b), (e), (f), (h) through (m), and (o), 14; Organizational Nos. 2(e), (f), (h), (i).

Dated: August 30, 2013

| | |
|---|---|
| By: */s/ Mikal C. Watts* | By: */s/ Bonnie M. Grant* |
| Mikal C. Watts | William H. Boice (pro hac vice) |
| State Bar. No. 20981820 | bboice@kilpatricktownsend.com |
| Christopher V. Goodpastor | Steven D. Moore |
| State Bar No. 00791991 | smoore@kilpatricktownsend.com |
| Linda K. Leibfarth *(pro hac vice)* | Michael J. Turton |
| WATTS GUERRA LLP | mturton@kilpatricktownsend.com |
| 811 Barton Springs Road | Bonnie M. Grant (Tex. Bar No. |
| Suite 725 | 24067634) |
| Austin, Texas 78704 | bgrant@kilpatricktownsend.com |
| Telephone: (512) 479-0500 | KILPATRICK TOWNSEND LLP |
| Facsimile: (512) 479-0502 | Suite 2800 |
| Email: mcwatts@wattsguerra.com | 1100 Peachtree Street |
| cgoodpastor@wattsguerra.com | Atlanta, Georgia  30309-4530 |
| lleibfarth@wattsguerra.com | (404) 815-6500 (Telephone) |
| | (404) 815-6555 (Facsimile) |
| Edward W. Allred | |
| State Bar No. 50511764 | Mark T. Mitchell (Tex. Bar No. |
| Francisco Guerra, IV | 1421770) |
| State Bar No. 00797784 | GARDERE WYNNE SEWELL |
| Mark Fassold | LLP |
| State Bar No. 24012609 | One American Center, Suite 3000 |
| Shalimar S. Wallis | 600 Congress Avenue |
| State Bar No. 24033191 | Austin, TX 78701-2978 |
| WATTS GUERRA LLP | Telephone:  (512) 542-7072 |
| 300 Convent Street, Suite 100 | Facsimile:  (512-542-7272) |
| San Antonio, Texas 78205 | mmitchell@gardere.com |
| Telephone: (210) 527-0500 | |
| Facsimile: (210) 527-0501 | **COUNSEL FOR DEFENDANTS** |
| Email: eallred@wattsguerra.com | **MOTOROLA MOBILITY LLC** |
| fguerra@wattsguerra.com | **& MOTOROLA SOLUTIONS,** |
| mfassold@wattsguerra.com | **INC.** |
| swallis@wattsguerra.com | |
| | |
| Andrew G. DiNovo | |

State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com

**COUNSEL FOR PLAINTIFF BANDSPEED, INC.**

By:  /s/ *Caroline A. Bader*
Steve McConnico
State Bar No. 13450300
Steve Wingard
State Bar No. 00788694
Scott, Douglass & McConnicco, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300
(512) 474-0731 Facsimile
swingard@scottdoug.com

Michelle L. Marriott
State Bar No. 24043802
Adam P. Seitz
Caroline A. Bader
Erise IP, P.A.
6201 W. College Blvd, Ste. 300
Overland Park, KS 66211
Phone: 913.777.5600
Fax: 913.777.5601
michelle.mariott@eriseip.com
adam.seitz@eriseip.com
carrie.bader@eriseip.com

**FOR DEFENDANTS GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.**

By: /s/ *Hector G. Gallegos*
Vincent J. Belusko, CA Bar No. 100282

By: /s/ *Wasif Qureshi*
David J. Healey (09327980)
Wasif Qureshi (24048155)
Brian G. Strand (24041166)
Michael R. Rueckheim (24081129)
**FISH & RICHARDSON PC**
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Tel: (713) 654-5300
Fax: (713) 652-0109
healey@fr.com
qureshi@fr.com
strand@fr.com
Rueckheim@fr.com

Michael J. McKeon
FISH & RICHARDSON PC
1425 K Street N.W., 11th Floor
Washington, D.C. 20005
Tel: (202) 783-5070
Fax: (202) 283-7331
mckeon@fr.com

**COUNSEL FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.**

By: /s/ *David P. Whittlesey*

BBelusko@mofo.com
Bita Rahebi, CA Bar No. 209351
BRahebi@mofo.com
Dylan J. Raife, CA Bar No. 288346
DRaife@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA  90017-3453
Telephone:    213.892.5200
Facsimile:     213.892.5454

Bradley S. Lui, D.C. Bar No. 425033
BLui@mofo.com
Hector G. Gallegos, CA Bar No. 175137
HGallegos@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone:    202.887.1500
Facsimile:     202.887.0763
Hector C. Gallegos is not admitted in the District of Columbia. Practice supervised by principals of firm admitted to the District of Columbia Bar.

Francis C. Ho, CA Bar No. 247426
FHo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco CA  94105-2482
Telephone:    415.268.7000
Facsimile:     415.268.7522

David B. Weaver
Texas Bar No. 00798576
Email: dweaver@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Telephone:    512.542.8651
Facsimile:     512.236.3476

William L. LaFuze
Texas Bar No. 11792500
Email: wlafuze@velaw.com
Steve R. Borgman
Texas Bar No. 02670300

David P. Whittlesey
dwhittlesey@andrewskurth.com
State Bar No. 00791920
J. Roger Williams, Jr.
rwilliams@andrewskurth.com
ANDREWS KURTH LLP
State Bar No. 21555650
111 Congress Avenue, Suite 1700
Austin, Texas, 78701
Telephone: (512) 320-9200
Facsimile: (512) 320-9292

Jeffrey K. Sherwood
SherwoodJ@dicksteinshapiro.com
State Bar No. 24009354
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C.  20006
(202) 420-2200 (office)
(202) 420-2201 (fax)

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. & TOSHIBA AMERICA, INC.**

Email: sborgman@velaw.com
VINSON & ELKINS LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone:   713.758.2595
Facsimile:    713.615.5317

**COUNSEL FOR DEFENDANTS
BLACKBERRY LIMITED;
BLACKBERRY CORPORATION**

By: */s/ Hugh F. Bangasser*
HUGH F. BANGASSER, *Pro Hac Vice*
RAMONA M. EMERSON, *Pro Hac Vice*
CHRISTOPHER M. WYANT, *Pro Hac Vice*
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

GREGORY P. SAPIRE
State Bar No. 00791601
K&L GATES LLP
111 Congress Avenue, Suite 900
Austin, Texas 78701
Telephone:  (512) 482-6800
Facsimile:  (512) 482-6859
greg.sapire@klgates.com

**ATTORNEYS FOR DEFENDANT
BLUETOOTH SPECIAL INTEREST
GROUP, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 30th day of August, 2013.

*/s/  Bonnie M. Grant*