IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | |
| GARMIN INTERNATIONAL, INC.; | § | CAUSE NO. A-11-CV-771-LY |
| GARMIN USA, INC.; LG | § | |
| ELECTRONICS, INC.; LG | § | |
| ELECTRONICS U.S.A., INC.; LG | § | JURY TRIAL DEMANDED |
| ELECTRONICS MOBILECOMM U.S.A., | § | |
| INC.; MOTOROLA SOLUTIONS INC., | § | |
| FNA MOTOROLA, INC.; MOTOROLA | § | |
| MOBILITY INC.; RESEARCH IN MOTION | § | |
| LIMITED; RESEARCH IN MOTION | § | |
| CORPORATION; TOSHIBA | § | |
| CORPORATION; TOSHIBA AMERICA | § | |
| INFORMATION SYSTEMS, INC.; | § | |
| TOSHIBA AMERICA, INC.; AND | § | |
| BLUETOOTH SIG, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

**PROPOSED ORDER ON DEFENDANT BLUETOOTH SIGN, INC.'S *AMENDED* UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pending before the Court is Defendant Bluetooth SIG, Inc.'s *Amended* Unopposed Motion for Leave to File Documents Under Seal. The pending motion is GRANTED.

Exhibits 2 and 3 to the Declaration of Ramona M. Emerson filed in support of Defendant Bluetooth SIG, Inc.'s Motion for Summary Judgment shall be allowed to be filed under seal.

IT IS SO ORDERED, this 16th day of September, 2013.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE