IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, INC., <br><br> PLAINTIFF, <br> V. <br><br> GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS, INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY, INC.; BLACKBERRY LIMITED; BLACKBERRY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA, INC.; AND BLUETOOTH SIG, INC., <br><br> DEFENDANTS. | CAUSE NO. A-11-CV-771-LY <br><br> JURY TRIAL DEMANDED |

**NOTICE OF ANTICIPATED SETTLEMENT AND
AGREEMENT TO STAY PENDING DEADLINES**

Bandspeed, Inc. ("Bandspeed"), and Bluetooth SIG, Inc. ("Bluetooth SIG") advise the Court and all other parties to the above-referenced actions that Bandspeed and Bluetooth SIG have reached an agreement in principle, subject to the execution of mutually agreeable settlement documents, that they anticipate will resolve all claims and causes of action between them. This filing is intended only to provide notice of the anticipated settlement and does not constitute an agreement to settle the disputes between the parties.

To allow the parties to negotiate and draft final settlement documents, Bandspeed and Bluetooth SIG have agreed to cease prosecution of the above-referenced actions, excluding the deposition of Christine Scott, and to stay all pending deadlines

therein until and including October 15, 2013.  The parties also respectfully request the Court to defer consideration of Defendant Bluetooth SIG, Inc.'s Motion for Summary Judgment (Doc. 1391) and Bandspeed's Motion to Compel (Doc. 1270), solely to the extent it seeks production of discovery from Bluetooth SIG, until after October 15, 2013.

Should the Court deem it necessary or appropriate for Bandspeed and Bluetooth SIG to file a motion or take other action to formalize the stay of pending deadlines and request to defer consideration of pending motions referred to herein, the Parties will gladly take whatever action the Court requests.

DATED this 2nd  day of October 2013.

Respectfully submitted,

By: /s/ Hugh F. Bangasser
Hugh F. Bangasser, *Pro Hac Vice*
Ramona M. Emerson, *Pro Hac Vice*
Chirstopher M. Wyant, *Pro Hac Vice*
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
hugh.bangasser@klgates.com
ramona.emerson@klgates.com
chris.wyant@klgates.com

Gregory P. Sapire
State Bar No. 00791601
K&L GATES LLP
2801 Via Fortuna, Suite 350
Austin, Texas 78746-7568
Telephone:  (512) 482-6800
Facsimile:  (512) 482-6859
greg.sapire@klgates.com

**ATTORNEYS FOR DEFENDANT BLUETOOTH SPECIAL INTEREST GROUP, INC.**

By:   /s/ Mikal C. Watts
Mikal C. Watts
State Bar. No. 20981820
Christopher V. Goodpastor
State Bar No. 00791991
Linda K. Leibfarth (pro hac vice)
WATTS GUERRA LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0502
Email: mcwatts@wattsguerra.com
cgoodpastor@wattsguerra.com
lleibfarth@wattsguerra.com

Edward W. Allred
State Bar No. 50511764
Francisco Guerra, IV
State Bar No. 00797784
Mark Fassold
State Bar No. 24012609
Shalimar S. Wallis
State Bar No. 24033191
WATTS GUERRA LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
Telephone: (210) 527-0500
Facsimile: (210) 527-0501
Email: eallred@wattsguerra.com
Fguerra@wattsguerra.com
mfassold@wattsguerra.com
swallis@wattsguerra.com

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com

**ATTORNEYS FOR PLAINTIFF BANDSPEED, INC.**

3

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on October 2, 2013 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below.

                 */s/ Christopher V. Goodpastor*
                 Christopher V. Goodpastor

Ajeet P. Pai
David B. Weaver
VINSON & ELKINS LLP
2801 Via Fortuna
Suite 100
Austin, TX 78746
Telephone: 512-542-8798
Fax: 512-236-3317
Email: apai@velaw.com
   dweaver@velaw.com

Steven R. Borgman
William L. LaFuze
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX 77002
Telephone: 713-758-2002
Fax: 713-615-5758
Email: sborgman@velaw.com
   wlafuze@velaw.com

Dylan J. Raife
Bita Rahebi
Vincent J. Belusko
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Fax: 213-892-5454
Email: draife@mofo.com
   brahebi@mofo.com
   vbelusko@mofo.com

Bradley S. Lui
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, D.C. 20006
Telephone: 202-887-1500
Fax: 202-887-0763
Email: blui@mofo.com

Francis C. Ho
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Fax: 415-268-7522
Email: fho@mofo.com
*Via Email*

**ATTORNEYS FOR DEFENDANTS BLACKBERRY LIMITED AND BLACKBERRY CORPORATION**

Stephen E. McConnico
Steven J. Wingard
Paige Arnette Amstutz
SCOTT, DOUGLASS & MCCONNICO
600 Congress Avenue, Suite 1500
Austin, TX 78701
Telephone: 512-495-6300
Fax: 512-474-0731
Email: smcconnico@scottdoug.com
Swingard@scottdoug.com
pamstutz@scottdoug.com

Adam P. Seitz
Michelle L. Marriott
Caroline A. Bader
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Telephone: 913-777-5600
Fax: 913-777-5601
Email: adam.seitz@eriseip.com
Michelle.marriott@eriseip.com
Carrie.bader@eriseip.com

**ATTORNEYS FOR DEFENDANTS GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.**

David J. Healey
Wasif H. Qureshi
Brian G. Strand
FISH & RICHARDSON PC
1221 McKinney Street, Ste 2800
Houston, TX 77010
Telephone: 713-654-5300
Fax: 713-652-0109
Email: healey@fr.com
      qureshi@fr.com
      strand@fr.com

Michael J. McKeon
FISH & RICHARDSON PC
1425 K Street N.W., 11th Floor
Washington, D.C. 20005
Telephone: 202-783-5070
Fax: 202-283-7331
Email: mckeon@fr.com

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.**


William H. Boice
Michael J. Turton
Bonnie M. Grant
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: 404-815-6500
Fax: 404-815-6555
Email: bboice@kilpatricktownsend.com
      mturton@kilpatricktownsend.com
      bgrant@kilpatricktownsend.com

Steven D. Moore
Caroline K. Wray
Matias Ferrario
James L. Howard
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-607-7300
Fax: 336-607-7500
Email: smoore@kilpatricktownsend.com
      cwray@kilpatricktownsend.com
      mferrario@kilpatricktownsend.com
      jlhoward@kilpatricktownsend.com

Mark A. Mayfield
Mark T. Mitchell
GARDERE WYNNE SEWELL LLP
One America Center
600 Congress Avenue
Suite 3000
Austin, TX 78701
Telephone: 512-542-7000
Fax: 512-542-7315
Email: mmayfield@gardere.com
      mmitchell@gardere.com

**ATTORNEYS FOR DEFENDANTS MOTOROLA MOBILITY INC. AND MOTOROLA SOLUTIONS, INC.**

Jeffrey K. Sherwood
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006-5403
Telephone: 202-420-1307
Fax: 202-420-2201
Email: sherwoodj@dicksteinshapiro.com

David Philip Whittlesey
J. Rogers Williams, Jr.
ANDREWS KURTH LLP
111 Congress Avenue
Suite 1700
Austin, TX 78701
Telephone: 512-320-9200
Fax: 512-320-9292
Email: dwhittlesey@akllp.com
    Rwilliams@andrewskurth.com

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND TOSHIBA AMERICA, INC.**