IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § | CAUSE NO. A-11-CV-771-LY |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS, INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY, INC.; RESEARCH IN MOTION LIMITED; RESEARCH IN MOTION CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA, INC.; AND BLUETOOTH SIG, INC., | § § § § § § § § § § § § § | |
| Defendants. | § § | |

**NOTICE OF WITHDRAWAL OF DEFENDANT BLUETOOTH SIG, INC.'S
MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendant Bluetooth SIG., Inc. does hereby withdraw its Motion for Summary Judgment (Dkt. No. 1391) ("Motion for Summary Judgment"). All claims addressed in the Motion for Summary Judgment have been resolved by Plaintiff Bandspeed, Inc. and Defendant Bluetooth SIG, Inc. pursuant to their settlement agreement (*see* Dkt. 1395).

//

//

//

//

- 2 -

Respectfully submitted this 3rd day of October, 2013.

                **K&L GATES LLP**

                By: */s/ Ramona M. Emerson*
                     HUGH F. BANGASSER, *Pro Hac Vice*
                     RAMONA M. EMERSON, *Pro Hac Vice*
                     CHRISTOPHER M. WYANT, *Pro Hac Vice*
                     925 Fourth Avenue, Suite 2900
                     Seattle, Washington 98104
                     Telephone:  (206) 623-7580
                     Facsimile:  (206) 623-7022
                     hugh.bangasser@klgates.com
                     ramona.emerson@klgates.com
                     chris.wyant@klgates.com

                     GREGORY P. SAPIRE
                     State Bar No. 00791601
                     K&L GATES LLP
                     111 Congress Avenue, Suite 900
                     Austin, Texas 78701
                     Telephone:  (512) 482-6800
                     Facsimile:  (512) 482-6859
                     greg.sapire@klgates.com

                **ATTORNEYS FOR BLUETOOTH SIG, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 3rd day of October, 2013, all counsel of record were served with a copy of this document via electronic mail.

### K&L GATES LLP

By:  */s/ Ramona M. Emerson*
      Ramona M. Emerson, *Pro Hac Vice*

| | |
|---|---|
| Adam G. Price<br>Andrew G. DiNovo<br>DINOVO PRICE ELLWANGER<br>   & HARDY LLP<br>7000 North MoPac Expressway, Suite 350<br>Austin, TX 78731<br>Tel:  (512) 539-2626<br>Fax: (512) 539-2627<br>*Email*: aprice@dpelaw.com<br>            adinovo@dpelaw.com | Edward William Allred<br>Francisco Guerra, IV<br>Mark Fassold<br>Shalimar S. Wallis<br>WATTS GUERRA LLP<br>300 Convent Street, Suite 100<br>San Antonio, TX 78205-0500<br>Tel:  (210) 527-0500<br>Fax: (210) 527-0501<br>*Email*: eallred@wattsguerra.com<br>            fguerra@wattsguerra.com<br>            mfassold@wattsguerra.com<br>            swallis@wattsguerra.com |
| Mikal C. Watts<br>Christopher V. Goodpastor<br>Linda K. Leibfarth<br>WATTS GUERRA LLP<br>811 Barton Springs Road, Suite 725<br>Austin, TX 78704<br>Tel:  (512) 479-0500<br>Fax: (512) 479-0502<br>*Email*: cgoodpastor@wattsguerra.com<br>            mcwatts@wattsguerra.com<br>            lleibfarth@wattsguerra.com | |

**ATTORNEYS FOR PLAINTIFF BANDSPEED, INC.**

| | |
|---|---|
| Ajeet P. Pai<br>David B. Weaver<br>VINSON & ELKINS LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746<br>*Email*: apai@velaw.com<br>dweaver@velaw.com | Steven R. Borgman<br>William L. LaFuze<br>VINSON & ELKINS LLP<br>1001 Fannin St., Suite 2500<br>Houston, TX 77002<br>*Email*: sborgman@velaw.com<br>wlafuze@velaw.com |
| Dylan J. Raife<br>Bita Rahebi<br>Vincent J. Belusko<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>Telephone: 213-892-5200<br>Fax: 213-892-5454<br>*Email*: draife@mofo.com<br>brahebi@mofo.com<br>vbelusko@mofo.com | Bradley S. Lui<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW, Suite 6000<br>Washington, D.C. 20006<br>*Email*: blui@mofo.com |
| Francis C. Ho<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Email*: fho@mofo.com | |
| **ATTORNEYS FOR DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION** ||
| Stephen E. McConnico<br>Steven J. Wingard<br>Paige Arnette Amstutz<br>SCOTT, DOUGLASS & MCCONNICO<br>One American Center<br>600 Congress Avenue, 15th Floor<br>Austin, TX 78701<br>*Email*: smcconnico@scottdoug.com<br>Swingard@scottdoug.com<br>pamstutz@scottdoug.com | Adam P. Seitz<br>Michelle L. Marriott<br>Caroline A. Bader<br>Erise IP, P.A.<br>6201 College Blvd., Suite 300<br>Overland Park, KS 66211<br>*Email*: adam.seitz@eriseip.com<br>Michelle.marriott@eriseip.com<br>Carrie.bader@eriseip.com |
| **ATTORNEYS FOR DEFENDANTS GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.** ||

| | |
|---|---|
| Michael Rueckheim<br>David J. Healey<br>Wasif H. Qureshi<br>Brian G. Strand<br>FISH & RICHARDSON PC<br>1221 McKinney Street, Ste 2800<br>Houston, TX 77010<br>*Email*: ruckheim@fr.com<br>      healey@fr.com<br>      qureshi@fr.com<br>      strand@fr.com | Michael J. McKeon<br>FISH & RICHARDSON PC<br>1425 K Street N.W., 11th Floor<br>Washington, D.C. 20005<br>*Email*: mckeon@fr.com |
| **ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.** ||
| William H. Boice<br>Michael J. Turton<br>Bonnie M. Grant<br>KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>*Email*: bboice@kilpatricktownsend.com<br>      mturton@kilpatricktownsend.com<br>      bgrant@kilpatricktownsend.com | Steven D. Moore<br>Caroline K. Wray<br>Matias Ferrario<br>James L. Howard<br>KILPATRICK TOWNSEND<br>   & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: 336-607-7300<br>Fax: 336-607-7500<br>*Email*: smoore@kilpatricktownsend.com<br>      cwray@kilpatricktownsend.com<br>      mferrario@kilpatricktownsend.com<br>      jihoward@kilpatricktownsend.com |
| Mark A. Mayfield<br>Mark T. Mitchell<br>GARDERE WYNNE SEWELL LLP<br>One America Center<br>600 Congress Avenue<br>Suite 3000<br>Austin, TX 78701<br>*Email*: mmayfield@gardere.com<br>      mmitchell@gardere.com | |
| **ATTORNEYS FOR DEFENDANTS MOTOROLA MOBILITY INC. AND MOTOROLA SOLUTIONS, INC.** ||

| | |
|---|---|
| Jeffrey K. Sherwood<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, D.C. 20006-5403<br>*Email*: sherwoodj@dicksteinshapiro.com | David Philip Whittlesey<br>J. Rogers Williams, Jr.<br>ANDREWS KURTH LLP<br>111 Congress Avenue<br>Suite 1700<br>Austin, TX 78701<br>*Email*: dwhittlesey@akllp.com<br>     Rwilliams@andrewskurth.com |
| **ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND TOSHIBA AMERICA, INC.** ||

K:\2069118\00001\21111_RME\21111P21MF