IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY INC.; BLACKBERRY LIMITED; BLACKBERRY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; AND TOSHIBA AMERICA, INC.<br><br>　　　　Defendants | § § § § § § § § § § § § § § § § § § § §　　CASE NO. 1:11-CV-00771 |

## ORDER GRANTING BANDSPEED, INC.'S MOTION TO FILE UNDER SEAL

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED; and the Confidential version of Bandspeed, Inc.'s Response to End-Product Defendants Motion for Summary Judgment of Antitrust and Ancillary Claims ("Response") and Exhibits 2, 3, 5, 6, 11, 12, 14, 15, 17, 18, 19, 23, 24, 25, 28, 31, 36, 38, 39, 40, 41, 42, 47, 48, 49, 51, and 52 of the Appendix to the Response shall be filed under seal.

2

SIGNED this _____ day of _____, 2013.

                                                   LEE YEAKEL
                                                 UNITED STATES DISTRICT JUDGE