**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS **2013 NOV 22  AM 8: 36**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ Kyle
      DEPUTY

| | | |
|---|---|---|
| BANDSPEED, INC., | § § § | CAUSE NO. A-11-CV-771-LY |
| Plaintiff, | § | |
| v. | § § | |
| GARMIN INTERNATIONAL, INC., et al., | § § § | JURY TRIAL DEMANDED |
| Defendants | § § | |

## ORDER GRANTING BANDSPEED, INC.'S MOTION TO FILE UNDER SEAL

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED and Exhibits A, B, E, and F of Plaintiff Bandspeed, Inc.'s Reply in Support of Motion to Exclude, or in the Alternative, Compel with Respect to Interrogatory No. 13 shall be filed under seal.

SIGNED this _____ day of _____, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE