IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BANDSPEED, INC., | § | CAUSE NO. A-11-CV-771-LY |
| Plaintiff, | § | |
| v. | § | |
| GARMIN INTERNATIONAL, INC., et al., | § | JURY TRIAL DEMANDED |
| Defendants | § | |

### ORDER GRANTING BANDSPEED, INC.'S MOTION TO FILE UNDER SEAL

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED and portions of Exhibits A and Exhibit B of Plaintiff Bandspeed, Inc.'s Motion to Compel shall be filed under seal.

SIGNED this _26th_ day of _November_, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE