IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BANDSPEED, INC., | § | CAUSE NO. A-11-CV-771-LY |
| Plaintiff, | § | |
| v. | § | |
| GARMIN INTERNATIONAL, INC., et al., | § | JURY TRIAL DEMANDED |
| Defendants | § | |

### ORDER GRANTING BANDSPEED, INC.'S MOTION TO FILE UNDER SEAL

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED and Exhibits B and Exhibit C of Plaintiff Bandspeed, Inc.'s Motion to Exclude or, In the Alternative, to Compel Against LG Defendants for Failure to Adequately Prepare 30(b)(6) Representatives shall be filed under seal.

SIGNED this 27th day of November, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE