IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BANDSPEED, INC., | § | CAUSE NO. A-11-CV-00771-LY |
| Plaintiff, | § | |
| v. | § | |
| GARMIN INTERNATIONAL, INC., et al., | § | JURY TRIAL DEMANDED |
| Defendants | § | |

**ORDER GRANTING BANDSPEED, INC.'S MOTION TO FILE UNDER SEAL**

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion to File Under Seal ("Motion").

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED and Exhibits B and Exhibit C of Plaintiff Bandspeed, Inc.'s Motion to Compel shall be filed under seal.

SIGNED this 27th day of December, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE