IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY INC.; BLACKBERRY LIMITED; BLACKBERRY CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; AND TOSHIBA AMERICA, INC.<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § | CASE NO. 1:11-CV-00771 |

## ORDER GRANTING BANDSPEED, INC.'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

On this date came to be heard Plaintiff Bandspeed Inc.'s Motion for Summary Judgment on Defendants' Affirmative Defenses and Counterclaims ("Motion").

Having considered the Motion and any responses thereto, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that Bandspeed's Motion is GRANTED.

It is further ORDERED that Summary Judgment is entered for Bandspeed on Defendants' affirmative defenses of license, waiver, equitable estoppel, promissory estoppel, laches, unclean hands, patent misuse, and marking.

It is further ORDERED that Summary Judgment is entered for Bandspeed on Defendants' counterclaims seeking a Declaratory Judgment that the patents-in-suit are unenforceable.

SIGNED this _____ day of _____, 2014.

                                                                            _____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE