United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| To: | Haddad, Gerard A. |
|---|---|
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, January 22, 2014 |
| Re: | 01:11-CV-00771-LY / Doc # 1529 / Filed On: 01/21/2014 11:51 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) No certificate of service was included in pleading. Please file ONLY the certificate of service in the form of a pleading using the "Certificate of Service" event located under the 'Service of Process' menu.
   Remarks: As per Section 15c of the Administrative Policies and Procedures for Electronic Filing.