IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARMIN INTERNATIONAL, INC.; GARMIN USA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA SOLUTIONS INC. FNA MOTOROLA, INC.; MOTOROLA MOBILITY INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA AMERICA, INC.,<br><br>Defendants. | CASE NO. 1:11-CV-00771 |

### AMENDED NOTICE OF ANTICIPATED SETTLEMENT AND AGREEMENT TO STAY PENDING DEADLINES

Bandspeed, Inc. ("Bandspeed") and Toshiba Corporation, Toshiba America Information Systems, Inc. and Toshiba America, Inc. (collectively, "Toshiba") advise the Court and all other parties to the above-referenced action that Bandspeed and Toshiba have reached an agreement in principle, subject to the execution of mutually agreeable settlement documents, that they anticipate will resolve all claims and causes of action between them. This filing is intended only to provide notice of the anticipated settlement and does not constitute an agreement to settle the disputes between the parties.

To allow the parties to negotiate and draft final settlement documents, Bandspeed and Toshiba have agreed to cease prosecution of the above-referenced actions and to stay all pending deadlines therein, solely as to each other, until and including February 10, 2014.

Should the Court deem it necessary or appropriate for Bandspeed and Toshiba to file a motion or take other action to formalize the stay of pending deadlines and request to defer consideration of pending motions referred to herein, the Parties will gladly take whatever action the Court requests.

DATED this 29th day of January 2014.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Mikal C. Watts* <br> Mikal C. Watts <br> State Bar. No. 20981820 <br> Christopher V. Goodpastor <br> State Bar No. 00791991 <br> Linda K. Leibfarth *(pro hac vice)* <br> WATTS GUERRA LLP <br> 811 Barton Springs Road <br> Suite 725 <br> Austin, Texas 78704 <br> Telephone: (512) 479-0500 <br> Facsimile: (512) 479-0502 <br> Email: mcwatts@wattsguerra.com <br> cgoodpastor@wattsguerra.com <br> lleibfarth@wattsguerra.com <br><br> Edward W. Allred <br> State Bar No. 50511764 <br> Francisco Guerra, IV <br> State Bar No. 00797784 <br> Mark Fassold <br> State Bar No. 24012609 <br> Shalimar S. Wallis <br> State Bar No. 24033191 <br> WATTS GUERRA LLP <br> 300 Convent Street, Suite 100 <br> San Antonio, Texas 78205 <br> Telephone: (210) 527-0500 <br> Facsimile: (210) 527-0501 <br> Email: eallred@wattsguerra.com <br> fguerra@wattsguerra.com <br> mfassold@wattsguerra.com <br> swallis@wattsguerra.com | By: /s/ *Jeffrey K. Sherwood* <br> Jeffrey K. Sherwood <br> Gerard Haddad <br> Jonathan Falkler <br> DICKSTEIN SHAPIRO LLP <br> 1825 Eye Street NW <br> Washington, D.C. 20006-5403 <br> Email: sherwoodj@docksteinshapiro.com <br> haddadg@dicksteinshapiro.com <br> falklerj@dicksteinshapiro.com <br><br> David Philip Whittlesey <br> J. Rogers Williams, Jr. <br> ANDREWS KURTH LLP <br> 111 Congress Avenue <br> Suite 1700 <br> Austin, TX 78701 <br> Email: dwhittlesey@akllp.com <br> Rwilliams@andrewskurth.com <br><br> **COUNSEL FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND TOSHIBA AMERICA, INC.** |

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
DINOVO PRICE ELLWANGER & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com

**COUNSEL FOR PLAINTIFF**
**BANDSPEED, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January 2014, I served a true and correct copy of the foregoing document on all counsel of record in accordance with the Federal Rules of Civil Procedure as indicated below.

*/s/ Christopher V. Goodpastor*
Christopher V. Goodpastor

Stephen E. McConnico
Steven J. Wingard
Paige Arnette Amstutz
SCOTT, DOUGLASS & MCCONNICO
600 Congress Avenue, Suite 1500
Austin, TX 78701
Email: smcconnico@scottdoug.com
Swingard@scottdoug.com
pamstutz@scottdoug.com
*Via Email*

Adam P. Seitz
Michelle L. Marriott
Caroline A. Bader
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
Email: adam.seitz@eriseip.com
Michelle.marriott@eriseip.com
Carrie.bader@eriseip.com
*Via Email*

**ATTORNEYS FOR DEFENDANTS GARMIN INTERNATIONAL, INC. AND GARMIN USA, INC.**

David J. Healey
Wasif H. Qureshi
Brian G. Strand
Michael R. Rueckheim
FISH & RICHARDSON PC
1221 McKinney Street, Ste 2800
Houston, TX 77010
Email: healey@fr.com
qureshi@fr.com
strand@fr.com
rueckheim@fr.com
*Via Email*

Michael J. McKeon
FISH & RICHARDSON PC
1425 K Street N.W., 11th Floor
Washington, D.C. 20005
Email: mckeon@fr.com
*Via Email*

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.**


William H. Boice
Michael J. Turton
Bonnie M. Grant
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Email: bboice@kilpatricktownsend.com
        mturton@kilpatricktownsend.com
        bgrant@kilpatricktownsend.com
*Via Email*

Steven D. Moore
Caroline K. Wray
Matias Ferrario
James L. Howard
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Email: smoore@kilpatricktownsend.com
        cwray@kilpatricktownsend.com
        mferrario@kilpatricktownsend.com
        jihoward@kilpatricktownsend.com
*Via Email*

Mark A. Mayfield
Mark T. Mitchell
GARDERE WYNNE SEWELL LLP
One America Center
600 Congress Avenue
Suite 3000
Austin, TX 78701
Email: mmayfield@gardere.com
        mmitchell@gardere.com
*Via Email*

Christina E. Fahmy
Peter M. Boyle
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 2005
Email:  Cfahmy@kilpatricktownsend.com
            Pboyle@kilpatricktownsend.com
*Via Email*

**ATTORNEYS FOR DEFENDANTS MOTOROLA MOBILITY LLC AND MOTOROLA SOLUTIONS, INC.**