IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, INC., | § § § | |
| Plaintiff, | § § | CASE NO. 1:11-CV-00771 |
| v. | § § | |
| GARMIN INTERNATIONAL, INC., *et al.*, | § § § | |
| Defendants. | § § § | |

**BANDSPEED'S AND LG'S JOINT NOTICE OF AGREEMENT TO WITHDRAW PENDING MOTIONS AND EXTEND DEADLINE TO FILE MOTION TO DISMISS**

Further to Bandspeed's and LG's Notice at Dkt. No. 1564, the parties have diligently worked to now have reached agreement on all terms of settlement to resolve the claims and causes of action between them in this litigation. In order to accommodate the period of time needed to process payment and fully consummate the settlement agreement, Bandspeed and LG have agreed to file their joint motion to dismiss on or by April 21, 2014 and respectfully request the Court to extend the deadline accordingly.

In view of Bandspeed's and LG's agreement, the parties also agree to withdraw without prejudice the motions and associated briefing associated with Dkt. Nos. 1270, 1274, 1344, 1356[1], and 1381.

---

[1] With respect to Dkt. No. 1356, LG notes that co-movants Defendants BlackBerry Limited and BlackBerry Corporation have already been dismissed.

DATED this 14th day of March 2014.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Mikal C. Watts*<br>Mikal C. Watts<br>State Bar. No. 20981820<br>Christopher V. Goodpastor<br>State Bar No. 00791991<br>Linda K. Leibfarth *(pro hac vice)*<br>WATTS GUERRA LLP<br>811 Barton Springs Road<br>Suite 725<br>Austin, Texas 78704<br>Telephone: (512) 479-0500<br>Facsimile: (512) 479-0502<br>Email: mcwatts@wattsguerra.com<br>cgoodpastor@wattsguerra.com<br>lleibfarth@wattsguerra.com | By: */s/ Wasif Qureshi*<br>David J. Healey (09327980)<br>Wasif Qureshi (24048155)<br>Michael R. Rueckheim (24081129)<br>**FISH & RICHARDSON PC**<br>1221 McKinney Street, Ste. 2800<br>Houston, Texas 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109<br>Email: healey@fr.com<br>qureshi@fr.com<br>rueckeim@fr.com |
| Edward W. Allred<br>State Bar No. 50511764<br>Francisco Guerra, IV<br>State Bar No. 00797784<br>Mark Fassold<br>State Bar No. 24012609<br>Shalimar S. Wallis<br>State Bar No. 24033191<br>WATTS GUERRA LLP<br>300 Convent Street, Suite 100<br>San Antonio, Texas 78205<br>Telephone: (210) 527-0500<br>Facsimile: (210) 527-0501<br>Email: eallred@wattsguerra.com<br>fguerra@wattsguerra.com<br>mfassold@wattsguerra.com<br>swallis@wattsguerra.com | Michael J. McKeon<br>**FISH & RICHARDSON PC**<br>1425 K Street N.W., 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 783-5070<br>Facsimile: (202) 283-7331<br>Email: mckeon@fr.com<br><br>**COUNSEL FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.** |
| Andrew G. DiNovo<br>State Bar No. 00790594<br>Adam G. Price<br>State Bar No. 24027750<br>DINOVO PRICE ELLWANGER & HARDY LLP | |

7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com

**COUNSEL FOR PLAINTIFF BANDSPEED, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2014, the foregoing document was served on all counsel of record via the Court's electronic filing system.

<u>/s/ Wasif Qureshi</u>