IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 MAY 12 PM 3:00
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| BANDSPEED, INC., § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | | |
| § | | |
| GARMIN INTERNATIONAL, INC.; § | CAUSE NO. A-11-CV-771-LY | |
| GARMIN USA, INC.; § | | |
| LG ELECTRONICS, INC.; LG § | | |
| ELECTRONICS, INC.; LG § | | |
| ELECTRONICS U.S.A., INC.; LG § | | |
| ELECTRONICS MOBILECOMM U.S.A., § | | |
| INC.; MOTOROLA SOLUTIONS INC. § | | |
| FNA MOTOROLA, INC.; MOTOROLA § | | |
| MOBILITY INC.; RESEARCH IN § | | |
| MOTION LIMITED; RESEARCH IN § | | |
| MOTION CORPORATION; § | | |
| TOSHIBA CORPORATION; § | | |
| TOSHIBA AMERICA INFORMATION § | | |
| SYSTEMS, INC.; AND TOSHIBA § | | |
| AMERICA, INC., § | | |
| DEFENDANTS. § | | |

## FINAL JUDGMENT

Before the court is the above-referenced cause. Throughout the course of the proceedings in this action, the court dismissed all claims and counterclaims between Plaintiff and various Defendants by joint and agreed motions of the parties. The most recent dismissals rendered by the court are as follows.

On December 26, 2013, the court rendered an order dismissing with prejudice all claims, answers, affirmative defenses, and counterclaims for patent infringement asserted by Plaintiff Bandspeed, Inc. against Defendants Blackberry Limited and Blackberry Corporation and by Defendants Blackberry Limited and Blackberry Corporation against Plaintiff Bandspeed, Inc., and dismissing without prejudice the invalidity and unenforceability counterclaims asserted by

Defendants Blackberry Limited and Blackberry Corporation and by Defendants Blackberry Limited and Blackberry Corporation against Plaintiff Bandspeed, Inc. (Doc. #1482). On January 30, 2014, the court rendered an order dismissing with prejudice all claims asserted by Plaintiff Bandspeed, Inc. against Defendants Motorola Mobility LLC and Motorola Solutions, Inc. and dismissing without prejudice all counterclaims asserted by Defendants Motorola Mobility LLC and Motorola Solutions, Inc. against Plaintiff Bandspeed Inc. (Doc. #1552). On March 4, 2014, the court rendered an order dismissing with prejudice all claims and counterclaims asserted by Bandspeed, Inc. against Defendants Garmin International, Inc. and Garmin USA, Inc.; dismissing without prejudice the invalidity, unenforceability, and licence counterclaims asserted by Defendants Garmin International, Inc. and Garmin USA, Inc. against Plaintiff Bandspeed, Inc.; and dismissing with prejudice all other claims and counterclaims asserted by Defendants Garmin International, Inc. and Garmin USA, Inc. against Plaintiff Bandspeed, Inc. (Doc. #1570). On April 3, 2014, the court rendered an order dismissing with prejudice all claims, answers, affirmative defenses, and counterclaims asserted by Plaintiff Bandspeed, Inc. against Defendants Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc.; dismissing without prejudice the invalidity, unenforceability, and license counterclaims asserted by Defendants Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc. against Plaintiff Bandspeed, Inc.; and dismissing with prejudice all other claims, answers affirmative defenses, and counterclaims asserted by Defendants Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc. against Plaintiff Bandspeed, Inc. (Doc. #1573). Finally, on May 1, 2014, the court rendered an order dismissing with prejudice all claims asserted by Plaintiff Bandspeed, Inc. against LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A.,

Inc.; dismissing without prejudice the affirmative defenses and invalidity, noninfringement, and unenforceability counterclaims asserted by Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. against Plaintiff Bandspeed, Inc.; dismissing with prejudice all claims, answers, or counterclaims alleging a basis for liability under the Sherman Act or state or federal unfair competition law asserted by Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. against Plaintiff Bandspeed, Inc.; and dismissing without prejudice all other claims, answers, and counterclaims asserted by Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. against Plaintiff Bandspeed, Inc. (Doc. #1577).

Having dismissed all claim, answers, affirmative defenses, and counterclaims asserted by all all parties in this cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case hereby **CLOSED**.

SIGNED this **12th** day of May, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE